SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Numeriano Inumerable (SBN 144076)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
cm@SoCalEAG.com

Attorneys for Plaintiff,
ROBERT MENA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MENA,<br><br>              Plaintiff,<br><br>        vs.<br><br><br>THE WAVE, LLC; FIRST MANAGEMENT FORCE LLC; and DOES 1 to 10,<br><br>              Defendants. | Case No. **8:25-cv-02870-DOC-DFMx**<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO INITIAL COMPLAINT FOR 30 DAYS OR LESS**<br><br>New Response Date: March 20, 2026<br>Original Deadline: February 18, 2026<br>Complaint Filed: December 31, 2025 |

## STIPULATION AND REQUEST TO EXTEND TIME TO

## FILE A RESPONSE TO INITIAL COMPLAINT

Plaintiff ROBERT MENA ("Plaintiff"), and Defendant THE WAVE, LLC; FIRST MANAGEMENT FORCE LLC ("Defendant") hereby agree, stipulate, and represent to the Court that the Defendant shall have through and including **March 20, 2026**, in which to submit its Answer or other responsive pleading.

//

//

        IT IS SO STIPULATED.

1
2
3
4   Respectfully Submitted,

Dated: February 18, 2026

5
6   By: _____
    Paul C. Supple,
7   Representative for Defendant
    THE WAVE, LLC; FIRST MANAGEMENT
8   FORCE LLC
9
10
11  Dated: February 18, 2026         SO. CAL. EQUAL ACCESS GROUP
12
13  By: ___/s/ *Jason J. Kim*_____
    Jason J. Kim
14  Attorneys for Plaintiff
15
16
17              **SIGNATURE ATTESTATION**
18
        I hereby attest that all signatories listed above, on whose behalf this stipulation
19  is submitted, concur in the filing's content and have authorized the filing.
20
21  Dated: February 18, 2026
22
23  By: __/s/_____ *Jason J. Kim*_____
    Jason J. Kim
24  Attorneys for Plaintiff
25
26
27
28
                                    2