**6SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Numeriano P. Inumerable (SBN 144076)
101 S. Western Ave.
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
ROBERT MENA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MENA,<br><br>   Plaintiff,<br><br>  vs.<br><br>THE WAVE, LLC; FIRST MANAGEMENT FORCE LLC; and DOES 1 to 10,<br><br>   Defendants. | **Case No.: 8:25-cv-02870-DOC-DFM**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

  **PLEASE TAKE NOTICE** that Plaintiff ROBERT MENA ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *with* prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

  (a) **Voluntary Dismissal.**

    (1) *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

      (i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**

None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for summary judgment.  Accordingly, this matter may be dismissed without an Order of the Court.

DATED:  March 23, 2026                    **SO. CAL. EQUAL ACCESS GROUP**


By:    /s/   *Jason J. Kim*
         Jason J. Kim, Esq.
         Attorneys for Plaintiff

2

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**